IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Timothy Record <br><br> Plaintiff, <br><br> v. <br><br> Hannaford Bros. Co., LLC <br><br> Defendant. | Case No. 1:19-cv-00034-LM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties and their respective counsel, that the above-captioned action is dismissed in its entirety with prejudice and with each side bearing its own costs and rights to appeal waived.

Dated: July 12, 2021

Respectfully submitted,

| | |
|---|---|
| Timothy Record | Hannaford Bros. Co., LLC |
| By his attorney, | By its attorney, |
| Boynton, Waldron, Doleac, Woodman & Scott, P.A. | Libby O'Brien Kingsley & Champion, LLC |
| /s/ Christopher J. Fischer <br> Christopher J. Fischer (NHB 20632) <br> 82 Court Street <br> Portsmouth, NH 03801 <br> (603) 436-4010 <br> cfischer@nhlawfirm.com | /s/ Timothy J. O'Brien <br> Timothy J. O'Brien (NHB #7925) <br> 62 Portland Road, Suite 17 <br> Kennebunk, ME 04043 <br> (207) 985-1815 <br> tobrien@lokllc.com |